UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 03-CR-0261

DEXTER ANDERSON,

        Defendant.

## ORDER DENYING MOTION TO WAIVE STORAGE/COPING FEE

Dexter Anderson has filed a motion to waive the fee charged for retrieving a file from off-site storage. Anderson's request is directed to the complaint filed in the criminal action which is some nine years old. Anderson states that he is indigent and therefore should not have to pay the fee.

The Court is unable to grant the motion because Anderson makes no showing that he is, in fact, indigent and does not have the $53.00 total charged for the retrieval and copying of requested documents. There is no affidavit of indigency or copy of the account balance in his current prison account. Absent this information, the Court declines to grant the relief requested.

**SO ORDERED** this   3rd   day of April, 2012.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge